USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.M. et al.,

                        Plaintiffs,                  **23-CV-9762 (MGG) (KHP)**

      -against-                                    **ORDER**

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Defendant has requested a 180-day extension of time to respond to the Complaint, from February 22, 2024 to August 22, 2024, to allow time for its counsel to review this case and 31 other matters that were filed on the same day by the same attorney seeking attorney's fees. (ECF No. 16.)  This Court previously denied a motion to stay this matter pending an April 10 pre-motion conference with Judge Cronan during which the parties will discuss an anticipated motion to consolidate this case with the 31 other matters, and requested a status letter by April 15, 2024 reporting the status of the pre-motion conference.

      Unless this case is consolidated with other cases, it is unlikely the Court will agree to a 180-day timeline as currently proposed.  Accordingly, in the parties' April 15 status letter, unless the case is consolidated with the other cases, the parties should propose a different and shorter schedule.  The time by which the defendant should file an answer will be held in abeyance until the parties have submitted their April 15 letter, at which time the Court will set a date by which an answer must be filed if the case is not settled.  The parties are encouraged

to continue to discuss a global resolution of the 32 matters regardless of whether the cases are ultimately consolidated.

**The status call previously scheduled for Monday, March 25, 2024 at 3:30 p.m. is <u>adjourned</u> sine die.**

  **SO ORDERED.**

DATED:  New York, New York
     February 28, 2024

                 *Katharine H. Parker*
                 KATHARINE H. PARKER
                 United States Magistrate Judge